IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,        )
                                 )
                Plaintiff,       )            8:09CR394
                                 )
          v.                     )
                                 )
THAN VAN PHAM,                   )            ORDER
                                 )
                Defendant.       )
_____ )
```

This matter is before the Court on defendant's motion for extension of time to file objection to magistrate judge's order (Filing No. 32).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that the motion is granted; defendant shall have until January 15, 2010, to file an objection to the magistrate judge's order.

DATED this 7th day of January, 2010.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court