IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR394 |
| | ) | |
| v. | ) | |
| | ) | |
| THAN VAN PHAM, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion for extension of time to file sentencing objections and motions (Filing No. 44). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that defendant's motion is granted; he shall be permitted until June 11, 2010, to file sentencing objections or motions.

DATED this 10th day of June, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court