IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR394 |
| | ) | |
| v. | ) | |
| | ) | |
| THAN VAN PHAM, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion to continue sentencing hearing (Filing No. 47).  The Court notes plaintiff has no objections and finds the motion should be granted.  Accordingly,

IT IS ORDERED that defendant's motion is granted; sentencing is rescheduled for:

**Friday, November 5, 2010, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 14th day of June, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court